425 A.2d 24

Commonwealth v. Nicklow, Appellant.

Submitted November 16, 1979. George A. Bashour, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.